# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-887-068**

**Effective date of registration:**

January 15, 2014

## Title

**Title of Work:** Group registration published photographs 1500 photos Range of Publication Dates Jan 26 2009 to Nov 24 2009

**Contents Titles:** Aerosmith 6 images published June 28 2009

Article Unmake 109 images published April 2 2009

Below Zero 78 images published April 23 2009

Black Label Society 2 images published August 1 2009

Blue October 25 images published May 2 2009

Bon Jersey 67 images published Aug 14 2009

Bug 1 image published Nov 2 2009

Cartune Heros 76 images published April 15 2009

Chickenfoot 2 images published Aug 20 2009

Coheed and Cambria 26 images published Feb 6 2009

Creed 4 images published Aug 18 2009

Deer Tick 2 images published April 18 2009

Dragonforce 7 images published May 4 2009

Emily Osment 12 images published Nov 24 2009

Evanescence 16 images published Nov 4 2009

Green Day 5 images published July 24 2009

Honey Honey 1 image published April 10 2009

HURT 1 image published Aug 11 2009

HURT 10 images published Aug 1 2009

Jeff Byrd and Dirty Finch 86 images published April 11 2009

Jeff Byrd and Dirty Finch 3 images published March 14 2009

Johny Lingo 67 images published July 18 2009

Junkhead 118 images published April 1 2009

Lenny Kravitz 22 images published Oct 21 2009

Mudvayne 1 image published Aug 1 2009
New Kids on the Block 10 images published June 18 2009
No Doubt 39 images published June 24 2009
Paul Spatola 2 images published Aug 1 2009
Psycle 5 images published Jan 26 2009
Randy Robbins 75 images published Oct 2 2009
Rebel Riders 57 images published July 25 2009
Rocco Deluca 1 image published April 10 2009
Rose Theory 105 images published March 19 2009
Route 44 119 images published April 5 2009
Shannon Corey 5 images published June 7 2009
Slipknot 5 images published Feb 6 2009
The Candace Brooks Band 166 images published April 25 2009
The FullTime Dreamers 3 images published May 21 2009
The Soft Parade 69 images published Oct 2 2009
Toadies 9 images published August 1 2009
Volleyball 26 images published Nov 21 2009
World Under 53 images published Aug 22 2009
ZZ Top 4 images published June 28 2009

## Completion/Publication

Year of Completion: 2009
Date of 1st Publication: January 26, 2009  Nation of 1st Publication: United States

## Author

Author: Kristen Pierson
Author Created: photograph(s)
Citizen of: United States  Domiciled in: United States

## Copyright claimant

Copyright Claimant: Kristen Pierson
716 Centre of New England Blvd., #145, Coventry, RI, 02816, United States

## Rights and Permissions

Name: Kristen Pierson
Email: kp@kristenpierson.com  Telephone: 401-484-7577
Address: 716 Centre of New England Blvd.
#145
Coventry, RI 02816  United States

## Certification

**Name:** Kristen Pierson

**Date:** January 15, 2014

**Copyright Office notes:** Regarding publication: Range of Publication Dates is Jan 26 2009 to Nov 24 2009