Derek Newman, State Bar No. 190467
*derek@newmanlaw.com*
Sophy Tabandeh, State Bar No. 287583
*sophy@newmanlaw.com*
Peri-Elle Cabagnot, State Bar No. 301784
*peri-elle@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

Attorneys for Plaintiff
KRISTEN PIERSON

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN PIERSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TUMBLR, INC., a Delaware Corporation; and DOES 1-5, <br><br> Defendants. | Case No. 2:16-cv-00043-DMG-AS <br><br> **STIPULATION AND VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby STIPULATED AND AGREED among the parties, by and through their undersigned counsel, that all claims asserted by Plaintiff Kristen Pierson against all Defendants in this action shall be, and are, voluntarily DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

Respectfully Submitted this 25th day of May, 2016.

BY: *Peri-Elle Cabagnot*
Derek Newman, State Bar No. 190467
derek@newmanlaw.com
Sophy Tabandeh, State Bar No. 287583
sophy@newmanlaw.com
Peri-Elle Cabagnot, State Bar No. 301784
peri-elle@newmanlaw.com
Newman Du Wors LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone:    (310) 359-8200
Facsimile:    (310) 359-8190

Attorneys for Plaintiff
KRISTEN PIERSON

By: /s/ James Rosenfeld
James Rosenfeld (Pro Hac Vice)
jamesrosenfeld@dwt.com
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Telephone:    (212) 489-8230
Facsimile:    (212) 489-8340

Attorneys for Defendant
TUMBLR, INC.